**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **TIMOTHY WAYNE PAINTER,** | ) | |
| **Petitioner,** | ) | **Civil Action No. 7:19cv00255** |
| | ) | |
| **v.** | ) | **MEMORANDUM OPINION** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **By: Michael F. Urbanski** |
| **Respondent.** | ) | **Chief United States District Judge** |

By order entered March 26, 2019, the court conditionally filed Painter's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. In the conditional filing order, the court directed Painter to either pay the filing fee, sign and return a consent to fee form, or apply to proceed in forma pauperis. The court advised Painter that failure to comply with the court's order within fourteen days would result in the dismissal of the action without prejudice. Painter did not respond to the court's order.

Inasmuch as the time to respond has passed and Painter has failed to comply with the court's order, the court will dismiss this action without prejudice.

**ENTER**: This ____23rd____ day of April, 2019.

/s/ Michael F. Urbanski

Chief United States District Judge